Drawdown - 26
325777      2009 OCT 23  PH 12: 54

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Global Container Lines Limited** | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **100 Quentin Roosevelt Boulevard** | **Garden City** | **NY** | **11530** | **US** |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **Corporation** | 1f. JURISDICTION OF ORGANIZATION **Delaware** | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Seacastle Container Leasing, LLC** | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **4000 Executive Parkway, Suite 240** | **San Ramon** | **CA** | **08540** | **US** |

4. This FINANCING STATEMENT covers the following collateral:

Lease agreement (#3507) - March 25, 2005 - CAI-Interpool / Global Container Lines
Lease agreement (#3531) - December 13, 2005 - CAI-Interpool / Global Container Lines
See attached list of Equipment, including Schedule A. This Equipment is subject to true leases between the Secured Party as Lessor (successor to/owner of leases) and Debtor as Lessee and this Financing Statement is filed as a precaution only under UCC Section 9-408.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [if applicable] [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    International Association of Commercial Administrators (IACA)

**FILING NUMBER: 200910230608211**

## *SCHEDULE "A"*

## GLOBAL CONTAINER LINES LIMITED

Seacastle Container Leasing, LLC, successor to/owner of

Lessor:    Interpool Limited   / CAI - Interpool

Account # ▮▮▮

| Quantity | Equipment Description |
|---|---|
| 400 | 20' x 8' x 8'6" Dry Cargo Containers  (Mfr: Singamas)<br>Unit Numbers:  GCIU 205001  through  GCIU 205400 |
| 100 | 40' x 8' x 9'6" Dry Cargo Containers  (Mfr: Singamas)<br>Unit Numbers:  GCIU 451003  through  GCIU 451102 |

and all replacement, substitution and additional units of equipment subject to the terms and conditions of the lease agreement between the parties and all receivables and/or proceeds derived from all of the Equipment.

AND, Equipment, namely, Dry Cargo Containers, serial numbers in the ranges of GCIU 205401 through GCIU 205600 per 20' x 8' x 8'6" container, and GCIU 451 103 through GCIU 451352 per 40' x 8' x 9'6" container, and all replacement, substitution and additional units of equipment subject to the terms and conditions of the lease agreement between the parties (including predecessors) and all receivables and/or proceeds derived from all of the Equipment.

Note: serial numbers are the first six digits after the prefix "GCIU"

| Unit Number | Equip Type | Contract |
|---|---|---|
| GCIU2050017 | D20ST30T | 3507A |
| GCIU2050022 | D20ST30T | 3507A |
| GCIU2050038 | D20ST30T | 3507A |
| GCIU2050043 | D20ST30T | 3507 |
| GCIU2050059 | D20ST30T | 3507B |
| GCIU2050064 | D20ST30T | 3507B |
| GCIU2050070 | D20ST30T | 3507A |
| GCIU2050085 | D20ST30T | 3507B |
| GCIU2050090 | D20ST30T | 3507A |
| GCIU2050104 | D20ST30T | 3507A |
| GCIU2050110 | D20ST30T | 3507 |
| GCIU2050125 | D20ST30T | 3507A |
| GCIU2050130 | D20ST30T | 3507B |
| GCIU2050146 | D20ST30T | 3507 |
| GCIU2050151 | D20ST30T | 3507 |
| GCIU2050167 | D20ST30T | 3507 |
| GCIU2050172 | D20ST30T | 3507 |
| GCIU2050188 | D20ST30T | 3507A |
| GCIU2050193 | D20ST30T | 3507D |
| GCIU2050207 | D20ST30T | 3507E |
| GCIU2050212 | D20ST30T | 3507A |
| GCIU2050228 | D20ST30T | 3507A |
| GCIU2050233 | D20ST30T | 3507A |
| GCIU2050249 | D20ST30T | 3507A |
| GCIU2050254 | D20ST30T | 3507A |
| GCIU2050260 | D20ST30T | 3507A |
| GCIU2050275 | D20ST30T | 3507 |
| GCIU2050280 | D20ST30T | 3507 |
| GCIU2050296 | D20ST30T | 3507 |
| GCIU2050300 | D20ST30T | 3507A |
| GCIU2050315 | D20ST30T | 3507A |
| GCIU2050320 | D20ST30T | 3507A |
| GCIU2050336 | D20ST30T | 3507A |
| GCIU2050341 | D20ST30T | 3507 |
| GCIU2050357 | D20ST30T | 3507A |
| GCIU2050362 | D20ST30T | 3507A |
| GCIU2050378 | D20ST30T | 3507A |
| GCIU2050383 | D20ST30T | 3507 |
| GCIU2050399 | D20ST30T | 3507A |
| GCIU2050402 | D20ST30T | 3507A |
| GCIU2050418 | D20ST30T | 3507 |
| GCIU2050423 | D20ST30T | 3507A |
| GCIU2050439 | D20ST30T | 3507B |
| GCIU2050444 | D20ST30T | 3507 |
| GCIU2050450 | D20ST30T | 3507 |
| GCIU2050465 | D20ST30T | 3507A |
| GCIU2050470 | D20ST30T | 3507A |
| GCIU2050486 | D20ST30T | 3507A |
| GCIU2050491 | D20ST30T | 3507A |
| GCIU2050505 | D20ST30T | 3507A |
| GCIU2050510 | D20ST30T | 3507A |

| | | |
|---|---|---|
| GCIU2050526 | D20ST30T | 3507A |
| GCIU2050531 | D20ST30T | 3507A |
| GCIU2050547 | D20ST30T | 3507A |
| GCIU2050552 | D20ST30T | 3507A |
| GCIU2050568 | D20ST30T | 3507A |
| GCIU2050573 | D20ST30T | 3507A |
| GCIU2050589 | D20ST30T | 3507A |
| GCIU2050594 | D20ST30T | 3507B |
| GCIU2050608 | D20ST30T | 3507 |
| GCIU2050613 | D20ST30T | 3507 |
| GCIU2050629 | D20ST30T | 3507 |
| GCIU2050634 | D20ST30T | 3507 |
| GCIU2050640 | D20ST30T | 3507 |
| GCIU2050655 | D20ST30T | 3507A |
| GCIU2050660 | D20ST30T | 3507B |
| GCIU2050676 | D20ST30T | 3507A |
| GCIU2050681 | D20ST30T | 3507 |
| GCIU2050697 | D20ST30T | 3507A |
| GCIU2050700 | D20ST30T | 3507B |
| GCIU2050716 | D20ST30T | 3507A |
| GCIU2050721 | D20ST30T | 3507A |
| GCIU2050737 | D20ST30T | 3507A |
| GCIU2050742 | D20ST30T | 3507A |
| GCIU2050758 | D20ST30T | 3507A |
| GCIU2050763 | D20ST30T | 3507A |
| GCIU2050779 | D20ST30T | 3507B |
| GCIU2050784 | D20ST30T | 3507A |
| GCIU2050790 | D20ST30T | 3507 |
| GCIU2050803 | D20ST30T | 3507A |
| GCIU2050819 | D20ST30T | 3507A |
| GCIU2050824 | D20ST30T | 3507A |
| GCIU2050830 | D20ST30T | 3507 |
| GCIU2050845 | D20ST30T | 3507A |
| GCIU2050850 | D20ST30T | 3507 |
| GCIU2050866 | D20ST30T | 3507D |
| GCIU2050871 | D20ST30T | 3507 |
| GCIU2050887 | D20ST30T | 3507C |
| GCIU2050892 | D20ST30T | 3507C |
| GCIU2050906 | D20ST30T | 3507A |
| GCIU2050911 | D20ST30T | 3507A |
| GCIU2050927 | D20ST30T | 3507B |
| GCIU2050932 | D20ST30T | 3507A |
| GCIU2050948 | D20ST30T | 3507A |
| GCIU2050953 | D20ST30T | 3507A |
| GCIU2050969 | D20ST30T | 3507B |
| GCIU2050974 | D20ST30T | 3507A |
| GCIU2050980 | D20ST30T | 3507A |
| GCIU2050995 | D20ST30T | 3507A |
| GCIU2051008 | D20ST30T | 3507B |
| GCIU2051013 | D20ST30T | 3507A |
| GCIU2051029 | D20ST30T | 3507A |
| GCIU2051034 | D20ST30T | 3507A |

| | | |
|---|---|---|
| GCIU2051040 | D20ST30T | 3507A |
| GCIU2051055 | D20ST30T | 3507A |
| GCIU2051060 | D20ST30T | 3507A |
| GCIU2051076 | D20ST30T | 3507A |
| GCIU2051081 | D20ST30T | 3507B |
| GCIU2051097 | D20ST30T | 3507A |
| GCIU2051100 | D20ST30T | 3507A |
| GCIU2051116 | D20ST30T | 3507 |
| GCIU2051121 | D20ST30T | 3507B |
| GCIU2051137 | D20ST30T | 3507A |
| GCIU2051142 | D20ST30T | 3507A |
| GCIU2051158 | D20ST30T | 3507A |
| GCIU2051163 | D20ST30T | 3507A |
| GCIU2051179 | D20ST30T | 3507A |
| GCIU2051184 | D20ST30T | 3507B |
| GCIU2051190 | D20ST30T | 3507B |
| GCIU2051203 | D20ST30T | 3507A |
| GCIU2051219 | D20ST30T | 3507A |
| GCIU2051224 | D20ST30T | 3507 |
| GCIU2051230 | D20ST30T | 3507A |
| GCIU2051245 | D20ST30T | 3507A |
| GCIU2051250 | D20ST30T | 3507A |
| GCIU2051266 | D20ST30T | 3507B |
| GCIU2051271 | D20ST30T | 3507 |
| GCIU2051287 | D20ST30T | 3507A |
| GCIU2051292 | D20ST30T | 3507A |
| GCIU2051306 | D20ST30T | 3507A |
| GCIU2051311 | D20ST30T | 3507B |
| GCIU2051327 | D20ST30T | 3507A |
| GCIU2051332 | D20ST30T | 3507A |
| GCIU2051348 | D20ST30T | 3507A |
| GCIU2051353 | D20ST30T | 3507A |
| GCIU2051369 | D20ST30T | 3507A |
| GCIU2051374 | D20ST30T | 3507A |
| GCIU2051380 | D20ST30T | 3507 |
| GCIU2051395 | D20ST30T | 3507B |
| GCIU2051409 | D20ST30T | 3507A |
| GCIU2051414 | D20ST30T | 3507B |
| GCIU2051420 | D20ST30T | 3507A |
| GCIU2051435 | D20ST30T | 3507B |
| GCIU2051440 | D20ST30T | 3507A |
| GCIU2051456 | D20ST30T | 3507A |
| GCIU2051461 | D20ST30T | 3507A |
| GCIU2051477 | D20ST30T | 3507B |
| GCIU2051482 | D20ST30T | 3507A |
| GCIU2051498 | D20ST30T | 3507B |
| GCIU2051501 | D20ST30T | 3507A |
| GCIU2051517 | D20ST30T | 3507 |
| GCIU2051522 | D20ST30T | 3507 |
| GCIU2051538 | D20ST30T | 3507 |
| GCIU2051543 | D20ST30T | 3507A |
| GCIU2051559 | D20ST30T | 3507A |

| | | |
|---|---|---|
| GCIU2051564 | D20ST30T | 3507B |
| GCIU2051570 | D20ST30T | 3507A |
| GCIU2051585 | D20ST30T | 3507A |
| GCIU2051590 | D20ST30T | 3507A |
| GCIU2051604 | D20ST30T | 3507 |
| GCIU2051610 | D20ST30T | 3507 |
| GCIU2051625 | D20ST30T | 3507B |
| GCIU2051630 | D20ST30T | 3507 |
| GCIU2051646 | D20ST30T | 3507B |
| GCIU2051651 | D20ST30T | 3507A |
| GCIU2051667 | D20ST30T | 3507A |
| GCIU2051672 | D20ST30T | 3507A |
| GCIU2051688 | D20ST30T | 3507 |
| GCIU2051693 | D20ST30T | 3507 |
| GCIU2051707 | D20ST30T | 3507 |
| GCIU2051712 | D20ST30T | 3507 |
| GCIU2051728 | D20ST30T | 3507A |
| GCIU2051733 | D20ST30T | 3507A |
| GCIU2051749 | D20ST30T | 3507A |
| GCIU2051754 | D20ST30T | 3507A |
| GCIU2051760 | D20ST30T | 3507A |
| GCIU2051775 | D20ST30T | 3507 |
| GCIU2051780 | D20ST30T | 3507A |
| GCIU2051796 | D20ST30T | 3507A |
| GCIU2051800 | D20ST30T | 3507 |
| GCIU2051815 | D20ST30T | 3507D |
| GCIU2051820 | D20ST30T | 3507 |
| GCIU2051836 | D20ST30T | 3507A |
| GCIU2051841 | D20ST30T | 3507A |
| GCIU2051857 | D20ST30T | 3507A |
| GCIU2051862 | D20ST30T | 3507A |
| GCIU2051878 | D20ST30T | 3507A |
| GCIU2051883 | D20ST30T | 3507A |
| GCIU2051899 | D20ST30T | 3507B |
| GCIU2051902 | D20ST30T | 3507A |
| GCIU2051918 | D20ST30T | 3507A |
| GCIU2051923 | D20ST30T | 3507A |
| GCIU2051939 | D20ST30T | 3507B |
| GCIU2051944 | D20ST30T | 3507A |
| GCIU2051950 | D20ST30T | 3507A |
| GCIU2051965 | D20ST30T | 3507 |
| GCIU2051970 | D20ST30T | 3507A |
| GCIU2051986 | D20ST30T | 3507 |
| GCIU2051991 | D20ST30T | 3507 |
| GCIU2052004 | D20ST30T | 3507A |
| GCIU2052010 | D20ST30T | 3507 |
| GCIU2052025 | D20ST30T | 3507A |
| GCIU2052030 | D20ST30T | 3507B |
| GCIU2052046 | D20ST30T | 3507A |
| GCIU2052051 | D20ST30T | 3507 |
| GCIU2052067 | D20ST30T | 3507 |
| GCIU2052072 | D20ST30T | 3507A |

| | | |
|---|---|---|
| GCIU2052088 | D20ST30T | 3507 |
| GCIU2052093 | D20ST30T | 3507A |
| GCIU2052107 | D20ST30T | 3507 |
| GCIU2052112 | D20ST30T | 3507A |
| GCIU2052128 | D20ST30T | 3507 |
| GCIU2052133 | D20ST30T | 3507 |
| GCIU2052149 | D20ST30T | 3507A |
| GCIU2052154 | D20ST30T | 3507 |
| GCIU2052160 | D20ST30T | 3507A |
| GCIU2052175 | D20ST30T | 3507A |
| GCIU2052180 | D20ST30T | 3507A |
| GCIU2052196 | D20ST30T | 3507 |
| GCIU2052200 | D20ST30T | 3507A |
| GCIU2052215 | D20ST30T | 3507A |
| GCIU2052220 | D20ST30T | 3507A |
| GCIU2052236 | D20ST30T | 3507A |
| GCIU2052241 | D20ST30T | 3507A |
| GCIU2052257 | D20ST30T | 3507A |
| GCIU2052262 | D20ST30T | 3507A |
| GCIU2052278 | D20ST30T | 3507A |
| GCIU2052283 | D20ST30T | 3507A |
| GCIU2052299 | D20ST30T | 3507A |
| GCIU2052302 | D20ST30T | 3507A |
| GCIU2052318 | D20ST30T | 3507A |
| GCIU2052323 | D20ST30T | 3507A |
| GCIU2052339 | D20ST30T | 3507B |
| GCIU2052344 | D20ST30T | 3507A |
| GCIU2052350 | D20ST30T | 3507B |
| GCIU2052365 | D20ST30T | 3507A |
| GCIU2052370 | D20ST30T | 3507A |
| GCIU2052386 | D20ST30T | 3507A |
| GCIU2052391 | D20ST30T | 3507A |
| GCIU2052405 | D20ST30T | 3507A |
| GCIU2052410 | D20ST30T | 3507A |
| GCIU2052426 | D20ST30T | 3507A |
| GCIU2052431 | D20ST30T | 3507 |
| GCIU2052447 | D20ST30T | 3507A |
| GCIU2052452 | D20ST30T | 3507A |
| GCIU2052468 | D20ST30T | 3507D |
| GCIU2052473 | D20ST30T | 3507A |
| GCIU2052489 | D20ST30T | 3507 |
| GCIU2052494 | D20ST30T | 3507A |
| GCIU2052508 | D20ST30T | 3507A |
| GCIU2052513 | D20ST30T | 3507A |
| GCIU2052529 | D20ST30T | 3507 |
| GCIU2052534 | D20ST30T | 3507A |
| GCIU2052540 | D20ST30T | 3507A |
| GCIU2052555 | D20ST30T | 3507 |
| GCIU2052560 | D20ST30T | 3507A |
| GCIU2052576 | D20ST30T | 3507A |
| GCIU2052581 | D20ST30T | 3507B |
| GCIU2052597 | D20ST30T | 3507 |

| | | |
|---|---|---|
| GCIU2052600 | D20ST30T | 3507A |
| GCIU2052616 | D20ST30T | 3507B |
| GCIU2052621 | D20ST30T | 3507B |
| GCIU2052637 | D20ST30T | 3507A |
| GCIU2052642 | D20ST30T | 3507A |
| GCIU2052658 | D20ST30T | 3507B |
| GCIU2052663 | D20ST30T | 3507B |
| GCIU2052679 | D20ST30T | 3507A |
| GCIU2052684 | D20ST30T | 3507A |
| GCIU2052690 | D20ST30T | 3507A |
| GCIU2052703 | D20ST30T | 3507A |
| GCIU2052719 | D20ST30T | 3507A |
| GCIU2052724 | D20ST30T | 3507A |
| GCIU2052730 | D20ST30T | 3507 |
| GCIU2052745 | D20ST30T | 3507B |
| GCIU2052750 | D20ST30T | 3507A |
| GCIU2052766 | D20ST30T | 3507 |
| GCIU2052771 | D20ST30T | 3507A |
| GCIU2052787 | D20ST30T | 3507 |
| GCIU2052792 | D20ST30T | 3507 |
| GCIU2052806 | D20ST30T | 3507 |
| GCIU2052811 | D20ST30T | 3507 |
| GCIU2052827 | D20ST30T | 3507A |
| GCIU2052832 | D20ST30T | 3507A |
| GCIU2052848 | D20ST30T | 3507A |
| GCIU2052853 | D20ST30T | 3507A |
| GCIU2052869 | D20ST30T | 3507A |
| GCIU2052874 | D20ST30T | 3507A |
| GCIU2052880 | D20ST30T | 3507A |
| GCIU2052895 | D20ST30T | 3507 |
| GCIU2052909 | D20ST30T | 3507A |
| GCIU2052914 | D20ST30T | 3507 |
| GCIU2052920 | D20ST30T | 3507A |
| GCIU2052935 | D20ST30T | 3507A |
| GCIU2052940 | D20ST30T | 3507A |
| GCIU2052956 | D20ST30T | 3507A |
| GCIU2052961 | D20ST30T | 3507B |
| GCIU2052977 | D20ST30T | 3507 |
| GCIU2052982 | D20ST30T | 3507A |
| GCIU2052998 | D20ST30T | 3507A |
| GCIU2053000 | D20ST30T | 3507A |
| GCIU2053016 | D20ST30T | 3507A |
| GCIU2053021 | D20ST30T | 3507A |
| GCIU2053037 | D20ST30T | 3507A |
| GCIU2053042 | D20ST30T | 3507A |
| GCIU2053058 | D20ST30T | 3507A |
| GCIU2053063 | D20ST30T | 3507A |
| GCIU2053079 | D20ST30T | 3507A |
| GCIU2053084 | D20ST30T | 3507A |
| GCIU2053090 | D20ST30T | 3507B |
| GCIU2053103 | D20ST30T | 3507A |
| GCIU2053119 | D20ST30T | 3507A |

| | | |
|---|---|---|
| GCIU2053124 | D20ST30T | 3507 |
| GCIU2053130 | D20ST30T | 3507 |
| GCIU2053145 | D20ST30T | 3507A |
| GCIU2053150 | D20ST30T | 3507 |
| GCIU2053166 | D20ST30T | 3507A |
| GCIU2053171 | D20ST30T | 3507A |
| GCIU2053187 | D20ST30T | 3507A |
| GCIU2053192 | D20ST30T | 3507A |
| GCIU2053206 | D20ST30T | 3507A |
| GCIU2053211 | D20ST30T | 3507A |
| GCIU2053227 | D20ST30T | 3507 |
| GCIU2053232 | D20ST30T | 3507 |
| GCIU2053248 | D20ST30T | 3507A |
| GCIU2053253 | D20ST30T | 3507 |
| GCIU2053269 | D20ST30T | 3507 |
| GCIU2053274 | D20ST30T | 3507A |
| GCIU2053280 | D20ST30T | 3507 |
| GCIU2053295 | D20ST30T | 3507B |
| GCIU2053309 | D20ST30T | 3507A |
| GCIU2053314 | D20ST30T | 3507 |
| GCIU2053320 | D20ST30T | 3507 |
| GCIU2053335 | D20ST30T | 3507A |
| GCIU2053340 | D20ST30T | 3507B |
| GCIU2053356 | D20ST30T | 3507A |
| GCIU2053361 | D20ST30T | 3507A |
| GCIU2053377 | D20ST30T | 3507A |
| GCIU2053382 | D20ST30T | 3507A |
| GCIU2053398 | D20ST30T | 3507A |
| GCIU2053401 | D20ST30T | 3507A |
| GCIU2053417 | D20ST30T | 3507A |
| GCIU2053422 | D20ST30T | 3507A |
| GCIU2053438 | D20ST30T | 3507A |
| GCIU2053443 | D20ST30T | 3507A |
| GCIU2053459 | D20ST30T | 3507A |
| GCIU2053464 | D20ST30T | 3507A |
| GCIU2053470 | D20ST30T | 3507A |
| GCIU2053485 | D20ST30T | 3507A |
| GCIU2053490 | D20ST30T | 3507B |
| GCIU2053504 | D20ST30T | 3507B |
| GCIU2053510 | D20ST30T | 3507A |
| GCIU2053525 | D20ST30T | 3507 |
| GCIU2053530 | D20ST30T | 3507B |
| GCIU2053546 | D20ST30T | 3507 |
| GCIU2053551 | D20ST30T | 3507B |
| GCIU2053567 | D20ST30T | 3507A |
| GCIU2053572 | D20ST30T | 3507A |
| GCIU2053588 | D20ST30T | 3507B |
| GCIU2053593 | D20ST30T | 3507B |
| GCIU2053607 | D20ST30T | 3507B |
| GCIU2053612 | D20ST30T | 3507B |
| GCIU2053628 | D20ST30T | 3507B |
| GCIU2053633 | D20ST30T | 3507 |

| | | |
|---|---|---|
| GCIU2053649 | D20ST30T | 3507 |
| GCIU2053654 | D20ST30T | 3507 |
| GCIU2053660 | D20ST30T | 3507A |
| GCIU2053675 | D20ST30T | 3507A |
| GCIU2053680 | D20ST30T | 3507A |
| GCIU2053696 | D20ST30T | 3507A |
| GCIU2053700 | D20ST30T | 3507 |
| GCIU2053715 | D20ST30T | 3507 |
| GCIU2053720 | D20ST30T | 3507 |
| GCIU2053736 | D20ST30T | 3507 |
| GCIU2053741 | D20ST30T | 3507A |
| GCIU2053757 | D20ST30T | 3507 |
| GCIU2053762 | D20ST30T | 3507A |
| GCIU2053778 | D20ST30T | 3507 |
| GCIU2053783 | D20ST30T | 3507A |
| GCIU2053799 | D20ST30T | 3507A |
| GCIU2053802 | D20ST30T | 3507A |
| GCIU2053818 | D20ST30T | 3507A |
| GCIU2053823 | D20ST30T | 3507A |
| GCIU2053839 | D20ST30T | 3507 |
| GCIU2053844 | D20ST30T | 3507A |
| GCIU2053850 | D20ST30T | 3507 |
| GCIU2053865 | D20ST30T | 3507 |
| GCIU2053870 | D20ST30T | 3507A |
| GCIU2053886 | D20ST30T | 3507 |
| GCIU2053891 | D20ST30T | 3507A |
| GCIU2053905 | D20ST30T | 3507 |
| GCIU2053910 | D20ST30T | 3507 |
| GCIU2053926 | D20ST30T | 3507 |
| GCIU2053931 | D20ST30T | 3507A |
| GCIU2053947 | D20ST30T | 3507 |
| GCIU2053952 | D20ST30T | 3507A |
| GCIU2053968 | D20ST30T | 3507 |
| GCIU2053973 | D20ST30T | 3507B |
| GCIU2053989 | D20ST30T | 3507A |
| GCIU2053994 | D20ST30T | 3507A |
| GCIU2054007 | D20ST30T | 3507 |
| GCIU2054012 | D20ST30T | 3531A |
| GCIU2054028 | D20ST30T | 3531B |
| GCIU2054033 | D20ST30T | 3531A |
| GCIU2054049 | D20ST30T | 3531B |
| GCIU2054054 | D20ST30T | 3531B |
| GCIU2054060 | D20ST30T | 3531B |
| GCIU2054075 | D20ST30T | 3531A |
| GCIU2054080 | D20ST30T | 3531B |
| GCIU2054096 | D20ST30T | 3531A |
| GCIU2054100 | D20ST30T | 3531A |
| GCIU2054115 | D20ST30T | 3531A |
| GCIU2054120 | D20ST30T | 3531A |
| GCIU2054136 | D20ST30T | 3531B |
| GCIU2054141 | D20ST30T | 3531A |
| GCIU2054157 | D20ST30T | 3531A |

| | | |
|---|---|---|
| GCIU2054162 | D20ST30T | 3531A |
| GCIU2054178 | D20ST30T | 3531A |
| GCIU2054183 | D20ST30T | 3531A |
| GCIU2054199 | D20ST30T | 3531A |
| GCIU2054202 | D20ST30T | 3531B |
| GCIU2054218 | D20ST30T | 3531A |
| GCIU2054223 | D20ST30T | 3531B |
| GCIU2054239 | D20ST30T | 3531A |
| GCIU2054244 | D20ST30T | 3531A |
| GCIU2054250 | D20ST30T | 3531A |
| GCIU2054265 | D20ST30T | 3531A |
| GCIU2054270 | D20ST30T | 3531A |
| GCIU2054286 | D20ST30T | 3531A |
| GCIU2054291 | D20ST30T | 3531D |
| GCIU2054305 | D20ST30T | 3531A |
| GCIU2054310 | D20ST30T | 3531C |
| GCIU2054326 | D20ST30T | 3531D |
| GCIU2054331 | D20ST30T | 3531B |
| GCIU2054347 | D20ST30T | 3531A |
| GCIU2054352 | D20ST30T | 3531B |
| GCIU2054368 | D20ST30T | 3531B |
| GCIU2054373 | D20ST30T | 3531A |
| GCIU2054389 | D20ST30T | 3531A |
| GCIU2054394 | D20ST30T | 3531A |
| GCIU2054408 | D20ST30T | 3531A |
| GCIU2054413 | D20ST30T | 3531A |
| GCIU2054429 | D20ST30T | 3531A |
| GCIU2054434 | D20ST30T | 3531B |
| GCIU2054440 | D20ST30T | 3531A |
| GCIU2054455 | D20ST30T | 3531A |
| GCIU2054460 | D20ST30T | 3531A |
| GCIU2054476 | D20ST30T | 3531B |
| GCIU2054481 | D20ST30T | 3531A |
| GCIU2054497 | D20ST30T | 3531A |
| GCIU2054500 | D20ST30T | 3531A |
| GCIU2054516 | D20ST30T | 3531A |
| GCIU2054521 | D20ST30T | 3531A |
| GCIU2054537 | D20ST30T | 3531A |
| GCIU2054542 | D20ST30T | 3531A |
| GCIU2054558 | D20ST30T | 3531A |
| GCIU2054563 | D20ST30T | 3531A |
| GCIU2054579 | D20ST30T | 3531A |
| GCIU2054584 | D20ST30T | 3531B |
| GCIU2054590 | D20ST30T | 3531A |
| GCIU2054603 | D20ST30T | 3531A |
| GCIU2054619 | D20ST30T | 3531A |
| GCIU2054624 | D20ST30T | 3531A |
| GCIU2054630 | D20ST30T | 3531A |
| GCIU2054645 | D20ST30T | 3531E |
| GCIU2054650 | D20ST30T | 3531A |
| GCIU2054666 | D20ST30T | 3531A |
| GCIU2054671 | D20ST30T | 3531A |

| | | |
|---|---|---|
| GCIU2054687 | D20ST30T | 3531A |
| GCIU2054692 | D20ST30T | 3531A |
| GCIU2054706 | D20ST30T | 3531B |
| GCIU2054711 | D20ST30T | 3531A |
| GCIU2054727 | D20ST30T | 3531A |
| GCIU2054732 | D20ST30T | 3531B |
| GCIU2054748 | D20ST30T | 3531A |
| GCIU2054753 | D20ST30T | 3531A |
| GCIU2054769 | D20ST30T | 3531A |
| GCIU2054774 | D20ST30T | 3531A |
| GCIU2054780 | D20ST30T | 3531A |
| GCIU2054795 | D20ST30T | 3531A |
| GCIU2054809 | D20ST30T | 3531A |
| GCIU2054814 | D20ST30T | 3531A |
| GCIU2054820 | D20ST30T | 3531B |
| GCIU2054835 | D20ST30T | 3531A |
| GCIU2054840 | D20ST30T | 3531A |
| GCIU2054856 | D20ST30T | 3531A |
| GCIU2054861 | D20ST30T | 3531B |
| GCIU2054877 | D20ST30T | 3531B |
| GCIU2054882 | D20ST30T | 3531A |
| GCIU2054898 | D20ST30T | 3531B |
| GCIU2054901 | D20ST30T | 3531B |
| GCIU2054917 | D20ST30T | 3531A |
| GCIU2054922 | D20ST30T | 3531A |
| GCIU2054938 | D20ST30T | 3531A |
| GCIU2054943 | D20ST30T | 3531C |
| GCIU2054959 | D20ST30T | 3531B |
| GCIU2054964 | D20ST30T | 3531B |
| GCIU2054970 | D20ST30T | 3531 |
| GCIU2054985 | D20ST30T | 3531A |
| GCIU2054990 | D20ST30T | 3531A |
| GCIU2055003 | D20ST30T | 3531A |
| GCIU2055019 | D20ST30T | 3531A |
| GCIU2055024 | D20ST30T | 3531B |
| GCIU2055030 | D20ST30T | 3531B |
| GCIU2055045 | D20ST30T | 3531A |
| GCIU2055050 | D20ST30T | 3531A |
| GCIU2055066 | D20ST30T | 3531 |
| GCIU2055071 | D20ST30T | 3531B |
| GCIU2055087 | D20ST30T | 3531B |
| GCIU2055092 | D20ST30T | 3531A |
| GCIU2055106 | D20ST30T | 3531B |
| GCIU2055111 | D20ST30T | 3531D |
| GCIU2055127 | D20ST30T | 3531B |
| GCIU2055132 | D20ST30T | 3531B |
| GCIU2055148 | D20ST30T | 3531B |
| GCIU2055153 | D20ST30T | 3531B |
| GCIU2055169 | D20ST30T | 3531B |
| GCIU2055174 | D20ST30T | 3531B |
| GCIU2055180 | D20ST30T | 3531B |
| GCIU2055195 | D20ST30T | 3531A |

| | | |
|---|---|---|
| GCIU2055209 | D20ST30T | 3531A |
| GCIU2055214 | D20ST30T | 3531B |
| GCIU2055220 | D20ST30T | 3531A |
| GCIU2055235 | D20ST30T | 3531A |
| GCIU2055240 | D20ST30T | 3531B |
| GCIU2055256 | D20ST30T | 3531A |
| GCIU2055261 | D20ST30T | 3531B |
| GCIU2055277 | D20ST30T | 3531A |
| GCIU2055282 | D20ST30T | 3531B |
| GCIU2055298 | D20ST30T | 3531A |
| GCIU2055301 | D20ST30T | 3531B |
| GCIU2055317 | D20ST30T | 3531B |
| GCIU2055322 | D20ST30T | 3531B |
| GCIU2055338 | D20ST30T | 3531B |
| GCIU2055343 | D20ST30T | 3531B |
| GCIU2055359 | D20ST30T | 3531B |
| GCIU2055364 | D20ST30T | 3531B |
| GCIU2055370 | D20ST30T | 3531B |
| GCIU2055385 | D20ST30T | 3531 |
| GCIU2055390 | D20ST30T | 3531B |
| GCIU2055404 | D20ST30T | 3531B |
| GCIU2055410 | D20ST30T | 3531A |
| GCIU2055425 | D20ST30T | 3531B |
| GCIU2055430 | D20ST30T | 3531B |
| GCIU2055446 | D20ST30T | 3531A |
| GCIU2055451 | D20ST30T | 3531B |
| GCIU2055467 | D20ST30T | 3531B |
| GCIU2055472 | D20ST30T | 3531B |
| GCIU2055488 | D20ST30T | 3531A |
| GCIU2055493 | D20ST30T | 3531B |
| GCIU2055507 | D20ST30T | 3531A |
| GCIU2055512 | D20ST30T | 3531 |
| GCIU2055528 | D20ST30T | 3531 |
| GCIU2055533 | D20ST30T | 3531 |
| GCIU2055549 | D20ST30T | 3531 |
| GCIU2055554 | D20ST30T | 3531 |
| GCIU2055560 | D20ST30T | 3531 |
| GCIU2055575 | D20ST30T | 3531 |
| GCIU2055580 | D20ST30T | 3531 |
| GCIU2055596 | D20ST30T | 3531 |
| GCIU2055600 | D20ST30T | 3531 |
| GCIU2055615 | D20ST30T | 3531A |
| GCIU2055620 | D20ST30T | 3531B |
| GCIU2055636 | D20ST30T | 3531A |
| GCIU2055641 | D20ST30T | 3531 |
| GCIU2055657 | D20ST30T | 3531 |
| GCIU2055662 | D20ST30T | 3531 |
| GCIU2055678 | D20ST30T | 3531 |
| GCIU2055683 | D20ST30T | 3531B |
| GCIU2055699 | D20ST30T | 3531 |
| GCIU2055702 | D20ST30T | 3531 |
| GCIU2055718 | D20ST30T | 3531 |

| | | |
|---|---|---|
| GCIU2055723 | D20ST30T | 3531 |
| GCIU2055739 | D20ST30T | 3531 |
| GCIU2055744 | D20ST30T | 3531 |
| GCIU2055750 | D20ST30T | 3531 |
| GCIU2055765 | D20ST30T | 3531 |
| GCIU2055770 | D20ST30T | 3531 |
| GCIU2055786 | D20ST30T | 3531A |
| GCIU2055791 | D20ST30T | 3531 |
| GCIU2055805 | D20ST30T | 3531 |
| GCIU2055810 | D20ST30T | 3531 |
| GCIU2055826 | D20ST30T | 3531A |
| GCIU2055831 | D20ST30T | 3531 |
| GCIU2055847 | D20ST30T | 3531 |
| GCIU2055852 | D20ST30T | 3531 |
| GCIU2055868 | D20ST30T | 3531B |
| GCIU2055873 | D20ST30T | 3531 |
| GCIU2055889 | D20ST30T | 3531 |
| GCIU2055894 | D20ST30T | 3531A |
| GCIU2055908 | D20ST30T | 3531A |
| GCIU2055913 | D20ST30T | 3531A |
| GCIU2055929 | D20ST30T | 3531 |
| GCIU2055934 | D20ST30T | 3531 |
| GCIU2055940 | D20ST30T | 3531 |
| GCIU2055955 | D20ST30T | 3531B |
| GCIU2055960 | D20ST30T | 3531B |
| GCIU2055976 | D20ST30T | 3531B |
| GCIU2055981 | D20ST30T | 3531B |
| GCIU2055997 | D20ST30T | 3531B |
| GCIU2056000 | D20ST30T | 3531B |
| GCIU4510030 | D40HC32T | 3507B |
| GCIU4510045 | D40HC32T | 3507B |
| GCIU4510050 | D40HC32T | 3507B |
| GCIU4510066 | D40HC32T | 3507A |
| GCIU4510071 | D40HC32T | 3507A |
| GCIU4510087 | D40HC32T | 3507A |
| GCIU4510092 | D40HC32T | 3507B |
| GCIU4510106 | D40HC32T | 3507A |
| GCIU4510111 | D40HC32T | 3507A |
| GCIU4510127 | D40HC32T | 3507A |
| GCIU4510132 | D40HC32T | 3507B |
| GCIU4510148 | D40HC32T | 3507A |
| GCIU4510153 | D40HC32T | 3507A |
| GCIU4510169 | D40HC32T | 3507A |
| GCIU4510174 | D40HC32T | 3507A |
| GCIU4510180 | D40HC32T | 3507C |
| GCIU4510195 | D40HC32T | 3507A |
| GCIU4510209 | D40HC32T | 3507A |
| GCIU4510214 | D40HC32T | 3507A |
| GCIU4510220 | D40HC32T | 3507 |
| GCIU4510235 | D40HC32T | 3507A |
| GCIU4510240 | D40HC32T | 3507B |
| GCIU4510256 | D40HC32T | 3507A |

| | | |
|---|---|---|
| GCIU4510261 | D40HC32T | 3507A |
| GCIU4510277 | D40HC32T | 3507A |
| GCIU4510282 | D40HC32T | 3507A |
| GCIU4510298 | D40HC32T | 3507A |
| GCIU4510301 | D40HC32T | 3507A |
| GCIU4510317 | D40HC32T | 3507A |
| GCIU4510322 | D40HC32T | 3507B |
| GCIU4510338 | D40HC32T | 3507A |
| GCIU4510343 | D40HC32T | 3507 |
| GCIU4510359 | D40HC32T | 3507A |
| GCIU4510364 | D40HC32T | 3507B |
| GCIU4510370 | D40HC32T | 3507 |
| GCIU4510385 | D40HC32T | 3507A |
| GCIU4510390 | D40HC32T | 3507A |
| GCIU4510404 | D40HC32T | 3507A |
| GCIU4510410 | D40HC32T | 3507A |
| GCIU4510425 | D40HC32T | 3507 |
| GCIU4510430 | D40HC32T | 3507A |
| GCIU4510446 | D40HC32T | 3507 |
| GCIU4510451 | D40HC32T | 3507A |
| GCIU4510467 | D40HC32T | 3507 |
| GCIU4510472 | D40HC32T | 3507A |
| GCIU4510488 | D40HC32T | 3507A |
| GCIU4510493 | D40HC32T | 3507A |
| GCIU4510507 | D40HC32T | 3507 |
| GCIU4510512 | D40HC32T | 3507A |
| GCIU4510528 | D40HC32T | 3507A |
| GCIU4510533 | D40HC32T | 3507B |
| GCIU4510549 | D40HC32T | 3507A |
| GCIU4510554 | D40HC32T | 3507A |
| GCIU4510560 | D40HC32T | 3507A |
| GCIU4510575 | D40HC32T | 3507 |
| GCIU4510580 | D40HC32T | 3507A |
| GCIU4510596 | D40HC32T | 3507A |
| GCIU4510600 | D40HC32T | 3507A |
| GCIU4510615 | D40HC32T | 3507D |
| GCIU4510620 | D40HC32T | 3507A |
| GCIU4510636 | D40HC32T | 3507A |
| GCIU4510641 | D40HC32T | 3507A |
| GCIU4510657 | D40HC32T | 3507A |
| GCIU4510662 | D40HC32T | 3507A |
| GCIU4510678 | D40HC32T | 3507A |
| GCIU4510683 | D40HC32T | 3507A |
| GCIU4510699 | D40HC32T | 3507 |
| GCIU4510702 | D40HC32T | 3507A |
| GCIU4510718 | D40HC32T | 3507A |
| GCIU4510723 | D40HC32T | 3507B |
| GCIU4510739 | D40HC32T | 3507 |
| GCIU4510744 | D40HC32T | 3507 |
| GCIU4510750 | D40HC32T | 3507A |
| GCIU4510765 | D40HC32T | 3507 |
| GCIU4510770 | D40HC32T | 3507 |

| | | |
|---|---|---|
| GCIU4510786 | D40HC32T | 3507A |
| GCIU4510791 | D40HC32T | 3507A |
| GCIU4510805 | D40HC32T | 3507A |
| GCIU4510810 | D40HC32T | 3507A |
| GCIU4510826 | D40HC32T | 3507 |
| GCIU4510831 | D40HC32T | 3507 |
| GCIU4510847 | D40HC32T | 3507A |
| GCIU4510852 | D40HC32T | 3507 |
| GCIU4510868 | D40HC32T | 3507B |
| GCIU4510873 | D40HC32T | 3507B |
| GCIU4510889 | D40HC32T | 3507B |
| GCIU4510894 | D40HC32T | 3507A |
| GCIU4510908 | D40HC32T | 3507 |
| GCIU4510913 | D40HC32T | 3507A |
| GCIU4510929 | D40HC32T | 3507A |
| GCIU4510934 | D40HC32T | 3507A |
| GCIU4510940 | D40HC32T | 3507A |
| GCIU4510955 | D40HC32T | 3507B |
| GCIU4510960 | D40HC32T | 3507A |
| GCIU4510976 | D40HC32T | 3507A |
| GCIU4510981 | D40HC32T | 3507A |
| GCIU4510997 | D40HC32T | 3507A |
| GCIU4511000 | D40HC32T | 3507B |
| GCIU4511015 | D40HC32T | 3507D |
| GCIU4511020 | D40HC32T | 3507A |
| GCIU4511036 | D40HC32T | 3531B |
| GCIU4511041 | D40HC32T | 3531B |
| GCIU4511057 | D40HC32T | 3531B |
| GCIU4511062 | D40HC32T | 3531C |
| GCIU4511078 | D40HC32T | 3531A |
| GCIU4511083 | D40HC32T | 3531B |
| GCIU4511099 | D40HC32T | 3531B |
| GCIU4511102 | D40HC32T | 3531B |
| GCIU4511118 | D40HC32T | 3531B |
| GCIU4511123 | D40HC32T | 3531B |
| GCIU4511139 | D40HC32T | 3531B |
| GCIU4511144 | D40HC32T | 3531 |
| GCIU4511150 | D40HC32T | 3531 |
| GCIU4511165 | D40HC32T | 3531 |
| GCIU4511170 | D40HC32T | 3531A |
| GCIU4511186 | D40HC32T | 3531B |
| GCIU4511191 | D40HC32T | 3531B |
| GCIU4511205 | D40HC32T | 3531B |
| GCIU4511210 | D40HC32T | 3531B |
| GCIU4511226 | D40HC32T | 3531B |
| GCIU4511231 | D40HC32T | 3531B |
| GCIU4511247 | D40HC32T | 3531 |
| GCIU4511252 | D40HC32T | 3531 |
| GCIU4511268 | D40HC32T | 3531 |
| GCIU4511273 | D40HC32T | 3531 |
| GCIU4511289 | D40HC32T | 3531 |
| GCIU4511294 | D40HC32T | 3531 |

| | | |
|---|---|---|
| GCIU4511308 | D40HC32T | 3531B |
| GCIU4511313 | D40HC32T | 3531B |
| GCIU4511329 | D40HC32T | 3531B |
| GCIU4511334 | D40HC32T | 3531B |
| GCIU4511340 | D40HC32T | 3531B |
| GCIU4511355 | D40HC32T | 3531B |
| GCIU4511360 | D40HC32T | 3531A |
| GCIU4511376 | D40HC32T | 3531B |
| GCIU4511381 | D40HC32T | 3531A |
| GCIU4511397 | D40HC32T | 3531A |
| GCIU4511400 | D40HC32T | 3531B |
| GCIU4511416 | D40HC32T | 3531A |
| GCIU4511421 | D40HC32T | 3531C |
| GCIU4511437 | D40HC32T | 3531A |
| GCIU4511442 | D40HC32T | 3531C |
| GCIU4511458 | D40HC32T | 3531A |
| GCIU4511463 | D40HC32T | 3531B |
| GCIU4511479 | D40HC32T | 3531C |
| GCIU4511484 | D40HC32T | 3531C |
| GCIU4511490 | D40HC32T | 3531B |
| GCIU4511503 | D40HC32T | 3531B |
| GCIU4511519 | D40HC32T | 3531A |
| GCIU4511524 | D40HC32T | 3531B |
| GCIU4511530 | D40HC32T | 3531B |
| GCIU4511545 | D40HC32T | 3531B |
| GCIU4511550 | D40HC32T | 3531A |
| GCIU4511566 | D40HC32T | 3531B |
| GCIU4511571 | D40HC32T | 3531C |
| GCIU4511587 | D40HC32T | 3531B |
| GCIU4511592 | D40HC32T | 3531C |
| GCIU4511606 | D40HC32T | 3531C |
| GCIU4511611 | D40HC32T | 3531B |
| GCIU4511627 | D40HC32T | 3531B |
| GCIU4511632 | D40HC32T | 3531B |
| GCIU4511648 | D40HC32T | 3531B |
| GCIU4511653 | D40HC32T | 3531A |
| GCIU4511669 | D40HC32T | 3531B |
| GCIU4511674 | D40HC32T | 3531A |
| GCIU4511680 | D40HC32T | 3531B |
| GCIU4511695 | D40HC32T | 3531A |
| GCIU4511709 | D40HC32T | 3531A |
| GCIU4511714 | D40HC32T | 3531B |
| GCIU4511720 | D40HC32T | 3531A |
| GCIU4511735 | D40HC32T | 3531A |
| GCIU4511740 | D40HC32T | 3531A |
| GCIU4511756 | D40HC32T | 3531B |
| GCIU4511761 | D40HC32T | 3531B |
| GCIU4511777 | D40HC32T | 3531A |
| GCIU4511782 | D40HC32T | 3531A |
| GCIU4511798 | D40HC32T | 3531B |
| GCIU4511801 | D40HC32T | 3531A |
| GCIU4511817 | D40HC32T | 3531A |

| | | |
|---|---|---|
| GCIU4511822 | D40HC32T | 3531A |
| GCIU4511838 | D40HC32T | 3531C |
| GCIU4511843 | D40HC32T | 3531A |
| GCIU4511859 | D40HC32T | 3531A |
| GCIU4511864 | D40HC32T | 3531A |
| GCIU4511870 | D40HC32T | 3531B |
| GCIU4511885 | D40HC32T | 3531A |
| GCIU4511890 | D40HC32T | 3531A |
| GCIU4511904 | D40HC32T | 3531B |
| GCIU4511910 | D40HC32T | 3531A |
| GCIU4511925 | D40HC32T | 3531A |
| GCIU4511930 | D40HC32T | 3531A |
| GCIU4511946 | D40HC32T | 3531B |
| GCIU4511951 | D40HC32T | 3531A |
| GCIU4511967 | D40HC32T | 3531B |
| GCIU4511972 | D40HC32T | 3531B |
| GCIU4511988 | D40HC32T | 3531A |
| GCIU4511993 | D40HC32T | 3531A |
| GCIU4512006 | D40HC32T | 3531A |
| GCIU4512011 | D40HC32T | 3531A |
| GCIU4512027 | D40HC32T | 3531A |
| GCIU4512032 | D40HC32T | 3531A |
| GCIU4512048 | D40HC32T | 3531A |
| GCIU4512053 | D40HC32T | 3531B |
| GCIU4512069 | D40HC32T | 3531B |
| GCIU4512074 | D40HC32T | 3531B |
| GCIU4512080 | D40HC32T | 3531C |
| GCIU4512095 | D40HC32T | 3531C |
| GCIU4512109 | D40HC32T | 3531B |
| GCIU4512114 | D40HC32T | 3531 |
| GCIU4512120 | D40HC32T | 3531B |
| GCIU4512135 | D40HC32T | 3531B |
| GCIU4512140 | D40HC32T | 3531B |
| GCIU4512156 | D40HC32T | 3531B |
| GCIU4512161 | D40HC32T | 3531B |
| GCIU4512177 | D40HC32T | 3531A |
| GCIU4512182 | D40HC32T | 3531B |
| GCIU4512198 | D40HC32T | 3531B |
| GCIU4512201 | D40HC32T | 3531B |
| GCIU4512217 | D40HC32T | 3531B |
| GCIU4512222 | D40HC32T | 3531A |
| GCIU4512238 | D40HC32T | 3531A |
| GCIU4512243 | D40HC32T | 3531A |
| GCIU4512259 | D40HC32T | 3531B |
| GCIU4512264 | D40HC32T | 3531B |
| GCIU4512270 | D40HC32T | 3531A |
| GCIU4512285 | D40HC32T | 3531B |
| GCIU4512290 | D40HC32T | 3531B |
| GCIU4512304 | D40HC32T | 3531B |
| GCIU4512310 | D40HC32T | 3531B |
| GCIU4512325 | D40HC32T | 3531B |
| GCIU4512330 | D40HC32T | 3531A |

| | | |
|---|---|---|
| GCIU4512346 | D40HC32T | 3531 |
| GCIU4512351 | D40HC32T | 3531A |
| GCIU4512367 | D40HC32T | 3531B |
| GCIU4512372 | D40HC32T | 3531B |
| GCIU4512388 | D40HC32T | 3531B |
| GCIU4512393 | D40HC32T | 3531B |
| GCIU4512407 | D40HC32T | 3531B |
| GCIU4512412 | D40HC32T | 3531B |
| GCIU4512428 | D40HC32T | 3531 |
| GCIU4512433 | D40HC32T | 3531B |
| GCIU4512449 | D40HC32T | 3531B |
| GCIU4512454 | D40HC32T | 3531B |
| GCIU4512460 | D40HC32T | 3531B |
| GCIU4512475 | D40HC32T | 3531 |
| GCIU4512480 | D40HC32T | 3531B |
| GCIU4512496 | D40HC32T | 3531A |
| GCIU4512500 | D40HC32T | 3531A |
| GCIU4512515 | D40HC32T | 3531A |
| GCIU4512520 | D40HC32T | 3531A |
| GCIU4512536 | D40HC32T | 3531B |
| GCIU4512541 | D40HC32T | 3531B |
| GCIU4512557 | D40HC32T | 3531B |
| GCIU4512562 | D40HC32T | 3531B |
| GCIU4512578 | D40HC32T | 3531B |
| GCIU4512583 | D40HC32T | 3531A |
| GCIU4512599 | D40HC32T | 3531A |
| GCIU4512602 | D40HC32T | 3531B |
| GCIU4512618 | D40HC32T | 3531B |
| GCIU4512623 | D40HC32T | 3531B |
| GCIU4512639 | D40HC32T | 3531B |
| GCIU4512644 | D40HC32T | 3531B |
| GCIU4512650 | D40HC32T | 3531B |
| GCIU4512665 | D40HC32T | 3531B |
| GCIU4512670 | D40HC32T | 3531B |
| GCIU4512686 | D40HC32T | 3531B |
| GCIU4512691 | D40HC32T | 3531B |
| GCIU4512705 | D40HC32T | 3531B |
| GCIU4512710 | D40HC32T | 3531A |
| GCIU4512726 | D40HC32T | 3531B |
| GCIU4512731 | D40HC32T | 3531B |
| GCIU4512747 | D40HC32T | 3531B |
| GCIU4512752 | D40HC32T | 3531B |
| GCIU4512768 | D40HC32T | 3531B |
| GCIU4512773 | D40HC32T | 3531B |
| GCIU4512789 | D40HC32T | 3531B |
| GCIU4512794 | D40HC32T | 3531B |
| GCIU4512808 | D40HC32T | 3531B |
| GCIU4512813 | D40HC32T | 3531B |
| GCIU4512829 | D40HC32T | 3531C |
| GCIU4512834 | D40HC32T | 3531B |
| GCIU4512840 | D40HC32T | 3531B |
| GCIU4512855 | D40HC32T | 3531B |

| | | |
|---|---|---|
| GCIU4512860 | D40HC32T | 3531C |
| GCIU4512876 | D40HC32T | 3531C |
| GCIU4512881 | D40HC32T | 3531B |
| GCIU4512897 | D40HC32T | 3531B |
| GCIU4512900 | D40HC32T | 3531A |
| GCIU4512916 | D40HC32T | 3531A |
| GCIU4512921 | D40HC32T | 3531B |
| GCIU4512937 | D40HC32T | 3531A |
| GCIU4512942 | D40HC32T | 3531B |
| GCIU4512958 | D40HC32T | 3531B |
| GCIU4512963 | D40HC32T | 3531A |
| GCIU4512979 | D40HC32T | 3531A |
| GCIU4512984 | D40HC32T | 3531B |
| GCIU4512990 | D40HC32T | 3531 |
| GCIU4513002 | D40HC32T | 3531A |
| GCIU4513018 | D40HC32T | 3531A |
| GCIU4513023 | D40HC32T | 3531 |
| GCIU4513039 | D40HC32T | 3531B |
| GCIU4513044 | D40HC32T | 3531A |
| GCIU4513050 | D40HC32T | 3531C |
| GCIU4513065 | D40HC32T | 3531B |
| GCIU4513070 | D40HC32T | 3531B |
| GCIU4513086 | D40HC32T | 3531B |
| GCIU4513091 | D40HC32T | 3531B |
| GCIU4513105 | D40HC32T | 3531B |
| GCIU4513110 | D40HC32T | 3531 |
| GCIU4513126 | D40HC32T | 3531A |
| GCIU4513131 | D40HC32T | 3531A |
| GCIU4513147 | D40HC32T | 3531A |
| GCIU4513152 | D40HC32T | 3531 |
| GCIU4513168 | D40HC32T | 3531 |
| GCIU4513173 | D40HC32T | 3531 |
| GCIU4513189 | D40HC32T | 3531 |
| GCIU4513194 | D40HC32T | 3531 |
| GCIU4513208 | D40HC32T | 3531A |
| GCIU4513213 | D40HC32T | 3531 |
| GCIU4513229 | D40HC32T | 3531 |
| GCIU4513234 | D40HC32T | 3531A |
| GCIU4513240 | D40HC32T | 3531 |
| GCIU4513255 | D40HC32T | 3531A |
| GCIU4513260 | D40HC32T | 3531A |
| GCIU4513276 | D40HC32T | 3531A |
| GCIU4513281 | D40HC32T | 3531 |
| GCIU4513297 | D40HC32T | 3531 |
| GCIU4513300 | D40HC32T | 3531A |
| GCIU4513316 | D40HC32T | 3531A |
| GCIU4513321 | D40HC32T | 3531A |
| GCIU4513337 | D40HC32T | 3531C |
| GCIU4513342 | D40HC32T | 3531 |
| GCIU4513358 | D40HC32T | 3531A |
| GCIU4513363 | D40HC32T | 3531 |
| GCIU4513379 | D40HC32T | 3531B |

325777                    2009 OCT 23  PH 12: 54

| GCIU4513384 | D40HC32T | 3531A |
| GCIU4513390 | D40HC32T | 3531B |
| GCIU4513403 | D40HC32T | 3531B |
| GCIU4513419 | D40HC32T | 3531B |
| GCIU4513424 | D40HC32T | 3531B |
| GCIU4513430 | D40HC32T | 3531B |
| GCIU4513445 | D40HC32T | 3531B |
| GCIU4513450 | D40HC32T | 3531B |
| GCIU4513466 | D40HC32T | 3531B |
| GCIU4513471 | D40HC32T | 3531B |
| GCIU4513487 | D40HC32T | 3531A |
| GCIU4513492 | D40HC32T | 3531A |
| GCIU4513506 | D40HC32T | 3531A |
| GCIU4513511 | D40HC32T | 3531A |
| GCIU4513527 | D40HC32T | 3531B |