1UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,                Case Nos. 09-78585 (AST)
                                                              09-78584 (AST)
                                                              09-78589 (AST)
                                                              09-78586 (AST)
                                                              09-78587 (AST)
                                                              09-78588 (AST)
                                                              09-78590 (AST)

                            Debtors.
-----------------------------------------------------------x
GLOBAL CONTAINER LINES LTD.,

                            Plaintiff,              Adv. Pro. No. 09-08602 (AST)

        -against-

SEACASTLE CONTAINER LEASING LLC,

                            Defendant.
-----------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

    JANET S. UMPHRED, being duly sworn, deposes and says:

    That she is over the age of 21 years, resides in Bay Shore, New York and is not a party to this action.

    That on the 23rd day of December 2009, I served the Summons in an Adversary Proceeding, Adversary Proceeding Cover Sheet and Complaint via regular mail depositing a true copy thereof either in a properly sealed wrapper in a depository maintained by United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

Seacastle Container Leasing LLC
1 Maynard Drive
Park Ridge, New Jersey 07656

with a courtesy copy served upon:

J. Stephen Simms, Esq.
Simms Showers LLP
20 South Charles Street
Suite 702
Baltimore, Maryland 21201

That being the address(es) designated on the latest papers served by them in this action.

_____
JANET S. UMPHRED

Sworn to before me this
23rd day of December, 2009.

_____
Notary Public

BONNIE L. POLLACK
NOTARY PUBLIC, State of New York
No. 4962169
Qualified in Nassau County
Commission Expires March 13, 2010

2