UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:  
GLOBAL CONTAINER LINES LTD., *et al.*

Debtors. Jointly Administered

Chapter 11  
Case No. 09-78585 (AST)  
(Jointly Administered with 09-78584  
Case Nos. through 09-78590)

-----------------------------------------------------------x

GLOBAL CONTAINER LINES, LTD.,

    Plaintiff,

v.

SEACASTLE CONTAINER LEASING LLC,

    Defendant.

Adv. Pro. 09-08602 (AST)

-----------------------------------------------------------x

## **NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Global Container Lines, Ltd hereby dismisses the above captioned proceedings, each party to bear its own costs and attorneys fees. No party has filed any responsive pleading.

Dated: January 21, 2009.

                                                    /s/ C. Nathan Dee  
                                                  C. Nathan Dee, Esq. (CD9703)  
                                                  Cullen and Dykman LLP  
                                                  Attorneys for Debtors  
                                                  100 Quentin Roosevelt Boulevard  
                                                  Garden City, New York 11530  
                                                  (516) 357-3700